FILED

08/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0170

IN THE SUPREME COURT OF THE STATE OF MONTANA
DA 23-0170

| | |
|---|---|
| MONTE CLARENCE PETERSEN, *Plaintiff and Appellant*, v. JENNIFER J. SIMON, APRN, *Defendant and Appellee.* | **ORDER** |

Pursuant to Appellee Jennifer J. Simon, APRN's Unopposed Motion for Extension of time to file her Response Brief and good cause appearing,

IT IS HEREBY ORDERED that Appellee has until September 22, 2023, to file her Response Brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
August 22 2023